IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL N.B. ATTAWAY, Y55493,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-01562-SMY |
| | ) |
| **SERGEANT RITTER,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Michael Attaway's Complaint was dismissed under 28 U.S.C. § 1915(e)(2) for failure to state a claim on September 30, 2024. Plaintiff was directed to file an Amended Complaint no later than October 28, 2024, and was warned that failure to file an Amended Complaint by this deadline would result in dismissal of this action for failure to state a claim and for failure to comply with a Court Order. *See* Fed. R. Civ. P. 41(b)). (Doc. 9). Plaintiff did not file an Amended Complaint by the deadline or request an extension of time to do so.

For the reasons set forth in the Order dated September 30, 2024, the Court finds that Plaintiff has failed to state a claim for relief under any valid legal theory against Sergeant Ritter. Accordingly, this action is **DISMISSED with prejudice** for Plaintiff's failure to state a claim under 28 U.S.C. § 1915(e)(2) and for failure to comply with a Court Order (Doc. 9) and/or prosecute his claim under Rule 41(b). Additionally, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** the case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:   November 7, 2024**              *s/ Staci M. Yandle*
                                           **STACI M. YANDLE**
                                           **United States District Judge**