**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MICHAEL N.B. ATTAWAY, Y55493,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 24-cv-01562-SMY |
| **SERGEANT RITTER,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**YANDLE, District Judge:**

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice,** the parties to bear their own costs.

**DATED**: 11/7/2024

MONICA A. STUMP, CLERK

By: s/ Megan Moyers
    Deputy Clerk

APPROVED: s/ *Staci M. Yandle*
          Honorable Staci M. Yandle
          United States District Judge